**UNITED STATES HOUSE OF REPRESENTATIVES,**
Appellee

v.

**Sylvia Mathews BURWELL, in her official capacity as Secretary of the United States Department of Health and Human Services, et al., Appellants**

No. 16-5202
September Term, 2016

United States Court of Appeals,
District of Columbia Circuit.

Filed On: December 5, 2016.

Thomas G. Hungar, General Counsel, Eleni M. Roumel, Assistant Counsel, Todd B. Tatelman, U.S. House of Representatives, (HOUSE) Office of General Counsel, Washington, DC, for Plaintiff-Appellee

Alisa B. Klein, Attorney, Mark B. Stern, Attorney, Carleen Mary Zubrzycki, U.S. Department of Justice, (DOJ) Civil Division, Appellate Staff, Washington, DC, for Defendants-Appellants Thomas E. Price, United States Department of Health and Human Services, Steven T. Mnuchin, United States Department of the Treasury

Pratik Arvind Shah, Akin Gump Strauss Hauer & Feld LLP, Washington, DC, for Amicii Curiae America's Health Insurance Plans, Blue Cross Blue Shield Association

Matthew S. Hellman, Attorney, Jenner & Block LLP, Washington, DC, for Amicus Curiae for Appellant Economic and Health Policy Scholars

Elizabeth B. Wydra, Chief Counsel, Constitutional Accountability Center, Washington, DC, for Amicus Curiae for Appellant Members of Congress

John C. Eastman, Anthony T. Caso, Center for Constitutional Jurisprudence, c/o Chapman University School of Law, Orange, CA, for Amicus Curiae for Appellee Center for Constitutional Jurisprudence

Sean Marotta, Catherine Emily Stetson, Esquire, Hogan Lovells US LLP, Washington, DC, for Amicii Curiae American Hospital Association, Federation of American Hospitals, Catholic Health Association of the United States, Association of American Medical Colleges

Robert Neil Weiner, Attorney, Nancy L. Perkins, Arnold & Porter Kaye Scholer LLP, Washington, DC, for Amicii Curiae for Appellants Families USA, Asian & Pacific Islander American Health Forum, Community Catalyst, National Health Law Program, National Partnership for Women & Families, National Womens Law Center

Ilya Shapiro, Esquire, The Cato Institute, Washington, DC, for Amicus Curiae for Appellee Cato Institute

Anton Metlitsky, O'Melveny & Myers LLP, New York, NY, for Amicii Curiae for Appellants Walter Dellinger, William N. Eskridge, Jr., David A. Strauss

BEFORE: Henderson, Tatel, and Srinivasan, Circuit Judges

## ORDER

Per Curiam

Upon consideration of the motion to hold in abeyance, the response thereto, and the reply, it is

**ORDERED** that this case be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings by February 21, 2017.